# EXHIBIT C

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher B. Dolan  (SBN 165358)<br>The Dolan Law Firm<br>1438 Market Street<br>San Francisco, CA 94102<br>TELEPHONE NO.: (415) 421-2800  FAX NO. (Optional): (415) 421-2830<br>E-MAIL ADDRESS (Optional): chris@cbdlaw.com<br>ATTORNEY FOR (Name): Liu v. Uber Technologies, Inc., et al. | **DEFAULT ENTERED**<br>**AS REQUESTED**<br><br>**ELECTRONICALLY**<br>**FILED**<br>Superior Court of California,<br>County of San Francisco<br><br>**08/24/2015**<br>Clerk of the Court<br>BY:KIMBERLY CLAUSSEN<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, 94102
BRANCH NAME: Unlimited Civil Division

PLAINTIFF/PETITIONER: Ang Jiang Liu; Huan Hua Kuang; Anthony Liu
DEFENDANT/RESPONDENT: Uber Technologies, Inc., Rasier, LLC; Rasier-CA, LLC; Syed Muzaffar

| REQUEST FOR DISMISSAL | CASE NUMBER: CGC-14-536979 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [X] With prejudice    (2) [ ] Without prejudice
   b. (1) [X] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                           , on (date):
      (4) [ ] Cross-complaint filed by (name):                           on (date):
      (5) [X] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):* Each party to bear own fees and costs of litigation.

2. (Complete in all cases except family law cases.)
   The court [ ] did [X] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: August 18, 2015

Christopher B. Dolan  (SBN 165358)
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)
Attorney or party without attorney for:

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

[X] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

▶ _____ (SIGNATURE)

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
Attorney or party without attorney for:

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

[ ] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-Complainant

(To be completed by clerk)
4. [ ] Dismissal entered as requested on (date):
5. [ ] Dismissal entered on (date):                            as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
       [ ] a copy to be conformed  [ ] means to return conformed copy

Date: _____  Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390

CIV-110

| PLAINTIFF/PETITIONER: Ang Jiang Liu; Huan Hua Kuang; Anthony Liu | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Uber Technologies, Inc., Rasier, LLC; Rasier-CA, LLC; Syed Muzaffa | CGC-14-536979 |

### COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☒ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☒ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 8-18-2015

Christopher Bodon
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ _____
(SIGNATURE)

*Liu v. Uber Technologies, Inc.*
San Francisco Superior Court Case No. CGC-14-536979

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**REQUEST FOR DISMISSAL**

- [X] by FileAndServeXpress. I caused such documents to be filed and served via FileAndServeXpress Service List on-line service.

- [ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

- [ ] by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

### SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 24, 2015 at San Francisco, California.

_____
Maria Deang

-3-

| | SERVICE LIST |
|---|---|
| Christopher B. Dolan, Esq.<br>Emile A. Davis, Esq.<br>THE DOLAN LAW FIRM<br>1438 Market Street<br>San Francisco, CA 94102<br>Tel: (415) 421-2800<br>Fax: (415) 421-2830<br>chris@cbdlaw.com<br>emile.davis@cbdlaw.com<br>*Attorneys for Plaintiffs Ang Jiang Liu, Huan Hua Kuang, Anthony Liu* | Jennifer Kung-Gelini, Esq.<br>CARBONE, SMOKE, SMITH, BENT & LEONARD<br>505 14th Street, Ste. 600<br>Oakland, CA 94612<br>Tel: (510) 267-7220<br>Fax: (510) 834-8450<br>Jennifer.Gelini@csaa.com<br>Meredith.Miller@csaa.com<br>Charles.Coleman2@csaa.com<br>*Attorneys for Defendant Syed Muzaffar* |
| Diane M. Doolittle, Esq.<br>Morgan W. Tovey, Esq.<br>Nicole Y. Altman, Esq.<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br>dianedoolittle@quinnemanuel.com<br>morgantovey@quinnemanuel.com<br>nicolealtman@quinnemanuel.com<br>*Attorneys for Defendant Uber Technologies, Inc., Raiser LLC & Raiser-CA, LLC* | |