IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANSTON INSURANCE CO,

    Plaintiff,

  v.

UBER TECHNOLOGIES INC,

    Defendant.

No. C 15-03988 WHA

**ORDER DENYING REQUEST FOR EXTENSION OF TIME TO FILE ADR CERTIFICATION**

The parties have filed a request for an extension of time to file an ADR certification until after the Court has ruled on the pending motion to dismiss counterclaims. Good cause not shown, the motion is **DENIED**. The parties shall comply with the local rules.

**IT IS SO ORDERED.**

Dated: November 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE