IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE CO., | No. C 15-03988 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| UBER TECHNOLOGIES INC., | |
| Defendant. | |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

**IT IS SO ORDERED.**

Dated: November 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE