Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVANSTON INSURANCE CO.,

          Plaintiff(s),

v.

UBER TECHNOLOGIES, INC.,

          Defendant(s).

Case No: 3:15-CV-03988

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, **J. Stan Sexton**, an active member in good standing of the bar of **the Supreme Courts of MO and KS**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Evanston Insurance Company** in the above-entitled action. My local co-counsel in this case is **Irene K. Yesowitch**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2555 Grand Boulevard<br>Kansas City, MO 64108 | 575 Market Street, Suite 2200<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (816) 474-6550 | (415) 644-0914 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jsexton@shb.com | iyesowitch@cozen.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **52663 MO - 9630 KS**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/10/16          J. Stan Sexton
                                            APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **J. Stan Sexton** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 11, 2016.

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE