**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EVANSTON INSURANCE COMPANY,                    No. C 15-03988 WHA

11              Plaintiff,

12     v.                                           **ORDER RE JOINT NOTICE OF
                                                    SETTLEMENT IN PRINCIPAL**
13   UBER TECHNOLOGIES, INC.,

14              Defendant.
     _____
15
     UBER TECHNOLOGIES, INC., RAISER
16   LLC, RAISER-CA LLC,

17              Counterclaimants,

18     v.

19   EVANSTON INSURANCE COMPANY,
     FIRST MERCURY INSURANCE
20   COMPANY,

21              Counterdefendants.
     _____/
22

23          The Court is in receipt of the joint notice of settlement in principle.  All dates remain in

24   place, including the hearing on the motion for miscellaneous relief scheduled for June 23, 2016.

25          **IT IS SO ORDERED.**

26

27   Dated:  June 6, 2016.
                                              _____
28                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE