1  David E. Weiss (SBN 148147)
   Email:   dweiss@reedsmith.com
2  Cristina M. Shea (SBN 179895)
   Email:   cshea@reedsmith.com
3  Melissa A. Meth (SBN 263571)
   Email:   mmeth@reedsmith.com
4  REED SMITH LLP
   101 Second Street
5  Suite 1800
   San Francisco, CA  94105-3659
6  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
7
8  Attorneys for Defendant and Counterclaimant
   Uber Technologies, Inc., and Counterclaimants
   Rasier LLC and Rasier-CA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 3:15-cv-03988-WHA<br><br>**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FRCP 41(C) OF COUNTERDEFENDANT FIRST MERCURY INSURANCE COMPANY** |
| UBER TECHNOLOGIES, INC., RASIER LLC, RASIER-CA LLC,<br><br>　　　　　Counterclaimants,<br><br>EVANSTON INSURANCE COMPANY; FIRST MERCURY INSURANCE COMPANY,<br><br>　　　　　Counterdefendants. | **COMPL. FILED:   09/01/15<br>TRIAL DATE:   11/21/16**<br><br>**HONORABLE WILLIAM H. ALSUP** |

Pursuant to Federal Rule of Civil Procedure 41(c), Counterclaimants Uber Technologies, Inc, Rasier LLC and Rasier-CA LLC (collectively "Counterclaimants") voluntarily dismiss their claims in the above-captioned action as against Counterdefendant First Mercury Insurance Company WITH PREJUDICE, but does not dismiss their claims against the remaining Counterdefendant, Evanston Insurance Company. Counterclaimants and First Mercury shall each bear their own fees and costs in connection with this action.

DATED: July 7, 2016                REED SMITH LLP

By: /s/ David E Weiss
David E. Weiss (SBN 148147)
Cristina M. Shea (SBN 179895)
Melissa A. Meth (SBN 263571)
Attorneys for Defendant and Counterclaimants
Uber Technologies, Inc., Rasier LLC, Rasier-CA LLC

DATED: July 7, 2016                SINNOTT, PUEBLA, CAMPAGNE & CURRET, A PLC

By: /s/ Blaise S Curet
Blaise S. Curet
Attorney for Counterdefendant First Mercury Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 14, 2016.              _____
                                   Hon. William H. Alsup
                                   United States District

No. 3:15-cv-03988-WHA              – 2 –

STIPULATION OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FRCP 41(C) OF COUNTERDEFENDANT FIRST MERCURY INSURANCE COMPANY