David E. Weiss (SBN 148147)
Email:     dweiss@reedsmith.com
Cristina M. Shea (SBN 179895)
Email:     cshea@reedsmith.com
Melissa A. Meth (SBN 263571)
Email:     mmeth@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant and Counterclaimant
Uber Technologies, Inc., and Counterclaimants
Rasier LLC and Rasier-CA LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | Case No. 3:15-cv-03988-WHA |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |
| UBER TECHNOLOGIES, INC., RASIER LLC, RASIER-CA LLC, | |
| Counterclaimants, | COMPL. FILED: 09/01/15<br>TRIAL DATE:    11/21/16 |
| EVANSTON INSURANCE COMPANY; FIRST MERCURY INSURANCE COMPANY, | HONORABLE WILLIAM H. ALSUP |
| Counterdefendants. | |

No. 3:15-cv-03988-WHA         – 1 –

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterdefendant Evanston Insurance Company ("Evanston") voluntarily dismisses its claims in the above-captioned action against Counterclaimants Uber Technologies, Inc, Rasier LLC and Rasier-CA LLC (collectively "Counterclaimants"), WITH PREJUDICE.

Pursuant to Federal Rule of Civil Procedure 41(c), Counterclaimants voluntarily dismiss their claims in the above-captioned action against Evanston WITH PREJUDICE. Counterclaimants and Evanston shall each bear their own fees and costs in connection with this action.

In light of the Court's prior dismissal of First Mercury Insurance Company, *see* Dkt. 75, with this Order, all remaining claims in the matter are hereby dismissed.

DATED: July 21, 2016           REED SMITH LLP

By: /s/ David E. Weiss
David E. Weiss
Cristina M. Shea
Melissa A. Meth
Attorneys for Defendant and Counterclaimants
Uber Technologies, Inc., Rasier LLC, Rasier-CA LLC

DATED: July 21, 2016           COZEN O'CONNOR

By: /s/ Irene K. Yesowitch
Irene K. Yesowitch
Alicia M. Gurries
Attorneys for Plaintiff and Counterdefendant Evanston Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __July 21, 2016.__           _____
Hon. William H. Alsup
United States District